**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JULIO MORALES**, on behalf of himself and all other employees similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> **THE CHEESECAKE FACTORY INCORPORATED**, a Delaware corporation, **THE CHEESECAKE FACTORY RESTAURANTS, INC.**, a Delaware Corporation, **DAVID OVERTON**, individually, and **TIM WEEMS**, individually, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> **Case No. 09 CV 7005** <br><br> **Judge William J. Hibbler** <br><br> **Magistrate Judge Morton Denlow** |

**DECLARATION OF CARDELLE B. SPANGLER
IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
"MOTION FOR ORDER AUTHORIZING NOTICE TO SIMILARLY
SITUATED PERSONS PURSUANT TO 29 U.S.C. § 216(b) AND FOR OTHER RELIEF"**

I, Cardelle B. Spangler, declare as follows:

1. I am a partner with the law firm Winston & Strawn LLP, counsel of record for Defendants. I am admitted to practice before this Court. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of the Declaration of Timothy Weems is attached as Exhibit 1.

3. A true and correct copy of the Declaration of Cindy Giovinazzo and exhibits thereto are attached as Exhibit 2.

4. A true and correct copy of the relevant portions of the transcript of Plaintiff's June 28, 2010 deposition is attached as Exhibit 3.

5. A true and correct copy of the declarations attached to plaintiffs' motion for conditional certification in *Collazo v. Forefront Education, Inc.*, Case No. 1:08-cv-05987 (Docket Nos. 52-2, 52-3, and 52-4), as downloaded from the Northern District of Illinois PACER website on July 10, 2010, is attached as Exhibit 4.

6. Pursuant to the Court's standing order, true and correct copies of the cases cited in Defendants' brief available only on Westlaw are attached as Exhibit 5.

7. True and correct copies of the declarations and notices of rights of the following current and former back of the house employees of the 875 N. Michigan Avenue location are attached, as set forth in the table below:

| Exhibit No. | Declarant |
|---|---|
| 6 | Juan Aviles |
| 7 | Ryan Boswell |
| 8 | Brian Canchola |
| 9 | Homero Castanon |
| 10 | Jose Mariano Castellanos |
| 11 | Salvador Catalan |
| 12 | Angel Chavez |
| 13 | Efrain Cruz |
| 14 | Juan Cuello |
| 15 | Anselmo Adrian Esparza Diaz |
| 16 | Felipe Diaz |
| 17 | Jesus Espinoza |
| 18 | Martin Espinoza |

| 19 | Victor Garnica |
|----|----------------|
| 20 | Verandus Hall |
| 21 | Thomas Hallie |
| 22 | Francisco Hernandez Garcia |
| 23 | Brent Hodge |
| 24 | Kevin Jones |
| 25 | Neftali Jurado |
| 26 | Maria Eugenia Loja |
| 27 | Jeff Maldonado |
| 28 | Jeffery Martin |
| 29 | Luis Martinez |
| 30 | Kent McGee |
| 31 | Shaun McGlone |
| 32 | Jesse Mendez |
| 33 | Jonathan Guillen Mojica |
| 34 | Nathan Montgomery |
| 35 | Bienvenido Nova |
| 36 | Daniel Olivares |
| 37 | Sacramento Olmedo |
| 38 | Juan I. Ramirez |
| 39 | Julius Riley |
| 40 | Claudio Rodriguez |
| 41 | Antonio Rowe |

| 42 | Elias Ruiz |
|----|------------|
| 43 | Vasana Saenngarm |
| 44 | Juan Sanchez |
| 45 | Felipe Santos |
| 46 | Cesar Sotelo |
| 47 | Javier Sustaita |
| 48 | Julius Torres |
| 49 | Adrian Tyler |
| 50 | Jesus Vasquez |
| 51 | Marlene Zepeda |

I declare under penalty of perjury under the laws of the United States and Illinois that the foregoing is true and correct.

Executed this 12th day of July, 2010.

_____/s/ Cardelle B. Spangler_____

Cardelle B. Spangler

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of July, 2010, I caused a copy of the foregoing to be

served on counsel for Plaintiff via the Court's electronic filing system:

Roy P. Amatore
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 State Street, Suite 400
Chicago, IL 60603

John W. Billhorn
BILLHORN LAW FIRM
120 State Street, Suite 400
Chicago, IL 60603

By: _____/s/ Cardelle B. Spangler_____
One of Defendants' Attorneys

CHI:2420898.3